The People of the State of New York ex rel. Charles Pfeifer, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination reversed as against the evidence and the penalty vacated, with fifty dollars costs and disbursements. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Perry B. Rowe, Appellant, v. Clyde J. Coleman, Respondent.—Orders modified so as to provide that plaintiff shall have the right of cross-examination under the open commissions without any condition as to paying the expenses occasioned by such cross-examination; and as so modified the orders are affirmed, without costs to either party. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Richard F. B. Seaman, Respondent, v. Fitzhugh Smith and Others, Appellants.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Rich and Putnam, JJ.; Carr, J., taking no part.

Catherine Goetz, as Administratrix, etc., Appellant, v. Jane E. Duffy, Individually and as Executrix, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Louis Fischer for a Writ of Mandamus against the Faculty of the New York University.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Cafe Goldman, Respondent, v. Abraham Margules, Appellant.— Motion denied, on condition that defendant perfect the appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Nathan Kurnick, Respondent, v. Lena Greenbaum, Appellant.— Motion to dismiss the appeal of Lena Greenbaum granted, with costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Leonora Maslanka, as Administratrix, etc., Respondent, v. American Manufacturing Company, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Charles Christman, Appellant.— Motion to dismiss appeal denied. Motion for leave to argue upon the original record granted upon condition that appellant place the case on the April calendar, and be ready for argument when reached; otherwise, motion denied. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

The People of the State of New York, Complainant, v. August De Lucca, Defendant.— Motion granted on default. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.